**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**FREDERICK JONES**                                                                           **PLAINTIFF**

**V.**                                          **Case No. 4:24-CV-00436-JM**

**ARKANSAS DEPARTMENT**
**OF HUMAN SERVICES,** *et al.*                                                 **DEFENDANTS**

**ORDER**

Pending are Defendants' Motions to Substitute Party and Dismiss (Doc. No. 4) and Motion

to Dismiss (Doc. No. 8). Also pending is Plaintiff's Motion to Appoint Counsel (Doc. No. 6).

Plaintiff has not responded to the motions to dismiss and the time for doing so has passed.

Because the arguments outlined in Defendants' briefs are well-taken, the motions (Doc. Nos. 4, 8)

are GRANTED.

Accordingly, the United States is substituted as a party for Defendants United States Postal

Service and Paula McDore.

Plaintiff's Motion to Appoint Counsel (Doc. No. 6) is DENIED.

This case is DISMISSED.

IT IS SO ORDERED this 26th of August 2024.

_____
UNITED STATES DISTRICT JUDGE