IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**FREDERICK JONES**                                                **PLAINTIFF**

V.                   Case No. 4:24-CV-00436-JM

**ARKANSAS DEPARTMENT
OF HUMAN SERVICES,** *et al.*                                **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 26th day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE